UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE #1 D/B/A JUANA DOE NUMERA UNA; JOHN/JANE DOES 1-9, ET AL.,

    Plaintiffs,

-against-

NEITZKE V. WILLIAMS; JOHN/JANE DOE 1-9, ET AL.; "THE BASELESS PRO SE PARADOX",

    Defendants.

1:19-CV-11959 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 17, 2020, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs and note service on the docket.

SO ORDERED.

Dated: January 17, 2020
      New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge